# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY BATSON,<br>　　　　　Petitioner,<br>　　v.<br>KELLY SANTORO, Warden,<br>　　　　　Respondent. | Case No. ED CV 17-01334 PA (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied, and this action is dismissed with prejudice.

DATED: December 19, 2018

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE